(January, 1882.)

*Chas. B. Howell* for Plaintiff.

*Ovid N. Case* for Defendant.

---

## *Wayne Circuit.*

### EX PARTE ABRAHAM GEORGE.

*Capias ad res—Habeas corpus—Courts Interfering with Tribunals of concurrent Jurisdiction.*

One court should not entertain questions arising in another court of equal and concurrent jurisdiction.

George petitioned the Wayne Circuit for release on writ of *habeas corpus.* He had been arrested on a writ of *capias ad res.*, issued in and of the Superior Court, the Judge of that court—COCHRANE—having endorsed on said writ an order to hold defendant George to bail.

C L. 1871, secs. 5736 and 5737.

Afterwards Judge COCHRANE over-ruled a motion to admit George to common bail.

By the Court, PATCHIN, J.: Petitioner's claim for release is based on an alleged insufficiency in the affidavit for the writ of *capias* in the Superior Court.

That court having passed on the same question now raised, I am clear that this court should not interfere.